IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 




NO. 3-93-210-CR




THE STATE OF TEXAS,



 APPELLANT


vs.




RUDOLFO GARZA, JR.,



 APPELLEE


 



FROM THE COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY



NO. 38,233, HONORABLE HOWARD S. WARNER, II, JUDGE PRESIDING


 





PER CURIAM


 The State appeals the trial court's order granting appellee's motion to suppress. 

 The State has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).




[Before Chief Justice Carroll, Justices Aboussie and Jones]

Dismissed on Appellant's Motion

Filed: May 19, 1993

[Do Not Publish]